UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
NILDA DORIA

CASE NO. 02-15351-BKC-AJC

CHAPTER 13

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 53.84 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 4/15/10

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

NILDA DORIA  
9160 N.W. 171 STREET  
MIAMI, FL 33018

PATRICK L. CORDERO, ESQUIRE  
198 NW 37 AVENUE  
MIAMI, FL 33125

DIRECT MERCHANTS CC BANK  
PAYMENT CENTER  
PO BOX 43310  
NOTTINGHAM, MD 21236-0310

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.   02-15351-BKC-AJC
NILDA DORIA

                                                CHAPTER 13


NILDA DORIA

9160 N.W. 171 STREET
MIAMI, FL 33018


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


DIRECT MERCHANTS CC BANK            ---------$          53.84
PAYMENT CENTER
PO BOX 43310
NOTTINGHAM ,MD 21236-0310
                                          UNDELIVERABLE/STALE
U.S. Trustee                              CLAIM REGISTER#  4
51 S.W. 1st Avenue
Miami, Florida 33130